**Theresa McFADDEN, Appellant,**

v.

**MISSOURI DIVISION OF INSURANCE
and Missouri Office of
Administration, Respondents.**

**No. WD 38636.**

Missouri Court of Appeals,
Western District.

May 26, 1987.

John W. Ellinger, Jefferson City, for appellant.

William Webster, Atty. Gen., Richard L. Wieler, Asst. Atty. Gen., Jefferson City, for respondents.

Before GAITAN, P.J., and
SHANGLER and MANFORD, JJ.

**ORDER**

PER CURIAM:

Direct appeal from circuit court judgment affirming a prior decision and order of the Missouri Personnel Advisory Board

terminating employment. The order of the Missouri Personnel Advisory Board is affirmed. The judgment of the circuit court is affirmed.

Rule 84.16(b).